<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2005**

─────────────

NANCY LEE BOGART,

Plaintiff - Appellant,

versus

NVR, INCORPORATED,

Defendant - Appellee,

and

NVR AND RYAN HOMES, INCORPORATED,

Defendant.

─────────────

**No. 00-2397**

─────────────

NANCY LEE BOGART,

Plaintiff - Appellant,

versus

NVR, INCORPORATED,

Defendant - Appellee,

and

NVR AND RYAN HOMES, INCORPORATED,

                                        Defendant.

───────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge; Theresa Carroll Buchanan and Barry R. Poretz, Magistrate Judges.  (CA-99-1928-A)

───────────────

Submitted:  March 23, 2001          Decided:  April 12, 2001

───────────────

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Nancy Lee Bogart, Appellant Pro Se.  Thomas Joseph Flaherty, Elizabeth Anne Lalik, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 00-2005, Nancy Lee Bogart appeals the district court's order dismissing with prejudice her civil action for wrongful discharge in violation of Title VII and the Americans with Disabilities Act and various interlocutory orders. In No. 00-2397, Bogart appeals the district court's denial of her motion to provide transcripts. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bogart v. NVR, Inc., No. CA-99-1928-A (E.D. Va. July 7 and Sept. 11, 2000). We deny Bogart's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3